B. James Fitzpatrick, Esq. (SBN: 181882)
FITZPATRICK, SPINI & SWANSTON
838 S. Main Street, Suite E
Salinas, CA 93901
Telephone: (831) 755.1311
Facsimile:  (831) 755.1319

Attorneys for Plaintiff, Jose Mario Garcia

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO GARCIA, | Case No.: C 10-01245 JF |
| Plaintiff, | **STIPULATION RE: ORDER FOR DISMISSAL** |
| v. | |
| ALLIANCE RESIDENTIAL, LLC , doing business as ALLIANCE RESIDENTIAL COMPANY, and DOES 1 through 25, inclusive | |
| Defendants. | |

Plaintiff JOSE MARIO GARCIA, on one hand, and Defendant ALLIANCE

RESIDENTIAL, LLC dba ALLIANCE RESIDENTIAL COMPANY, on the other hand, by and

through their respective counsel, stipulate to the following:

    1.    The complaint in this action alleges claims which were originally filed by Plaintiff

JOSE MARIO GARCIA in the Superior Court of California in and for the County of Monterey on

February 18, 2010, with ALLIANCE RESIDENTIAL, LLC as the sole named Defendant.  On

March 25, 2010, Defendant ALLIANCE RESIDENTIAL, LLC filed a general denial to the

complaint in the Monterey County Superior Court. On March 25, 2010, Defendants removed this

action to the United States District Court for the Northern District of California.

    2.    The Complaint alleges the following claims:

        a.    First Cause of Action - Failure to Provide Required Meal and Rest Periods

1

or Compensation in Lieu Thereof in Violation of IWC Wage Order No.
5-2001; 8 CCR section 11050 (11) and (12); and Labor Code sections
226.7 and 512

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

b.    <u>Second Cause of Action</u> – Failure to Pay Hourly and Overtime Wages in
Violation of IWC Wage Order No. 5-2001; 8 CCR section 11050 (3)(A);
and Labor Code sections 510, 1194 and 1198

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

c.    <u>Third Cause of Action</u> – Failure to Provide Wage Statements in Violation of
IWC Wage Order No. 5-2001; 8 CCR section 11050 (7) ; and Labor Code
section 226(a)

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

d.    <u>Fourth Cause of Action</u> – Violation of Labor Code sections 201 and 203

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

e.    <u>Fifth Cause of Action</u> – California Labor Code Private Attorneys General
Act of 2004; Labor Code section 2698

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

f.    <u>Sixth Cause of Action</u> – Unfair Business Practices

    1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

    2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

g.    <u>Seventh Cause of Action</u> – Failure to Pay Prevailing
Wages in Violation of Labor Code section 1770 *et seq.*

2

1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC

    h.    Eighth Cause of Action – Failure to Pay Minimum Wage in Violation of IWC Wage Order No. 5-2001; 8 CCR section 11050 (7); and Labor Code section 1194

1.    On Behalf of: Plaintiff, JOSE MARIO GARCIA

2.    Against: Defendant, ALLIANCE RESIDENTIAL, LLC.

3.    On August 19, 2010, the parties participated in mediation, with Victor Schachter, Esq. serving as mediator. The parties successfully concluded a settlement of the Plaintiff's individual claims.

Pursuant to that settlement, Plaintiff Jose Mario Garcia and Defendant Alliance Residential, LLC, hereby jointly request that the Court dismiss with prejudice the above-titled action as to all parties, with each party bearing his or its own fees and costs.

DATED: September 7, 2010                    FITZPATRICK, SPINI, AND SWANSTON


By: /s/ B. James Fitzpatrick_____
    B. JAMES FITZPATRICK
    Attorneys for Plaintiff,
    JOSE MARIO GARCIA

DATED: September 7, 2010                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Erica K. Rocush_____
    ERICA K. ROCUSH
    Attorneys for Defendant,
    ALLIANCE RESIDENTIAL, LLC

3

1

## ORDER

2   Good cause appearing therefore, the Court hereby orders a dismissal of claims alleged in

3   the Complaint as follows:

4       1.   All of Plaintiff JOSE MARIO GARCIA's claims with prejudice.

5   All claims in the Complaint having been dismissed, the court hereby dismisses the

6   Complaint.

7

8   Dated: _9/9/10_____

9   HONORABLE JEREMY FOGEL
    UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4